1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00098 NONE-LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING TRIAL CONFIRMATION AND JURY TRIAL DATES AND SETTING CASE FOR CHANGE OF PLEA HEARING AND FINDING OF EXCLUDABLE TIME |
| v. | |
| FREDICERON CASTREJON, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Balakian, attorney for the defendant, that the trial confirmation hearing set for February 21, 2020 at 8:30 am and trial set for March 10, 2020 before the Honorable Dale A. Drozd be vacated and a change of plea hearing be set before the Honorable Dale A. Drozd for March 13, 2020 at 8:30 a.m. The reason for the request is the parties believe the defendant will be prepared to enter a guilty plea on March 13, negating the need for a trial confirmation hearing or trial. Defense needs the additional time to prepare to enter the plea.

///
///
///
///
///
///
///

Stipulation                                   1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through March 13, 2020 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 19, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: February 19, 2020　　　　　　　　　　/s/ David Balakian
　　　　　　　　　　　　　　　　　　　　　　　DAVID BALAKIAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:　**February 19, 2020**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stipulation　　　　　　　　　　　2