David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **FREDICENDER CASTREJON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19 CR 00098  DAD SKO |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER EXONERATING BOND;ORDER** |
| vs. | |
| FREDICENDER CASTREJON, | |
| Defendant. | |

     Defendant, FREDICENDER CASTREJON, by and through his attorney of record, David Balakian, hereby requests an order exonerating the outstanding bond in this action and that his passport be returned.

     On March 13, 2020, at the change of plea hearing, Defendant was remanded into custody. Defendant requests the bond be exonerated and his passport be returned.

Dated: September 2, 2020           /s/ DAVID BALAKIAN
                                               David Balakian,
                                               Attorney for Defendant,
                                               FREDICENDER CASTREJON

**ORDER**

It appearing that defendant has been remanded into custody in Case Number 1:19 CR 00098 DAD SKO, bail is hereby ordered exonerated and the passport be returned.

IT IS SO ORDERED.

Dated:   **September 2, 2020**   *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE